UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENDIA FORD

VERSUS

CARL ROGERS

CIVIL ACTION

NO. 12-325-BAJ-DLD

**RULING AND ORDER**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 19, 2012 (doc. 7), and plaintiffs' objection filed August 3, 2012 (doc. 8).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that the motion to consolidate complaints (doc. 5) is denied, and the new "complaint" shall be filed into the docket as a separate action.

IT IS FURTHER ORDERED that plaintiff Ford's complaint and amended complaint is *sua sponte* dismissed under 28 U.S.C. § 1915(e) as frivolous, and Ford's application to proceed *in forma pauperis* (doc. 2) is dismissed as moot.

The Court observes that Ms. Ford has additionally filed a motion for judge review (doc. 9). In this motion, Ms. Ford asserts the same frivolous and nonsensical arguments that she made in her objection.

Accordingly, IT IS ORDERED that the motion for judge review (doc. 9) is denied.

Baton Rouge, Louisiana, September 20, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA